```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
ZHONGTIE DACHENG (ZHUHAI)                                      :
INVESTMENT MANAGEMENT CO LTD,                                  :
                                                               :
                              Petitioner,                      :   24-MC-160 (VSB)
                                                               :
                -against-                                      :   ORDER
                                                               :
JINGGANG YAN and LIANG XIUHONG,                                :
                                                               :
                              Respondents.                     :
                                                               :
---------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Respondents Jinggang Yan and Liang Xiuhong filed this miscellaneous action on April 1, 2024. (Doc. 1.) They seek to quash (or, alternatively, modify) subpoenas that Petitioner Zhongtie Dacheng (Zhuhai) Investment Management Co Ltd issued in *Zhongtie Dacheng (Zhuhai) Investment Management Co Ltd v. Jinggang Yan & Liang Xiuhong*, No. 8:22-cv-461 (KK) (ADS) (C.D. Cal., filed Mar. 28, 2022) (the "Underlying Action"). Accordingly, it is hereby

      ORDERED that, on May 16, 2024, the parties are directed to appear for a telephonic conference at 2:00 p.m. using the dial in 888-363-4749 and access code 2682448 to discuss (1) whether the pending motion can be transferred to the district where the Underlying Action is pending, Fed. R. Civ. P. 45(f), and (2) whether the parties have conferred regarding the scope of the subpoenas.

SO ORDERED.

Dated:    April 22, 2024
             New York, New York

                                                VERNON S. BRODERICK
                                                United States District Judge