UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
ZHONGTIE DACHENG (ZHUHAI) :
INVESTMENT MANAGEMENT CO LTD, :
:
                   Petitioner, :         24-MC-160 (VSB)
:
         -against- :         **ORDER**
:
JINGGANG YAN and LIANG XIUHONG, :
:
                Respondents. :
:
-------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        Due to a conflict on the Court's calendar, the conference in this case scheduled for May 16, 2024 at 2:00 p.m. is rescheduled to May 17, 2024 at 12:00 p.m.

SO ORDERED.

Dated:    May 10, 2024
             New York, New York

                                                               _____
                                                               VERNON S. BRODERICK
                                                                United States District Judge